**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Julia K. Venditti (State Bar No. 332688)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com
        jvenditti@bursor.com

*Attorneys for Plaintiff and the Putative Class*

**CROWELL & MORING LLP**
Jacob Canter (State Bar No. 324330)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: JCanter@crowell.com

*Attorneys for Defendant Reimagined Parking LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCGINITY, individually and on behalf of all other persons similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>REIMAGINED PARKING LLC, d/b/a IMPERIAL PARKING (U.S.), LLC, a.k.a IMPARK, and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 3:26-cv-02760-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE MOTION TO DISMISS BRIEFING SCHEDULE AND PLAINTIFF'S DEADLINE TO AMEND THE COMPLAINT**<br><br>Judge: Hon. William H. Orrick |

JOINT STIPULATION FOR EXTENSION OF TIME
CASE NO. 3:26-CV-02760-WHO

**STIPULATION**

Plaintiff Sean McGinity ("Plaintiff") and Defendant Reimagined Parking LLC, d/b/a Imperial Parking (U.S.), LLC ("Impark") (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby respectfully submit this Stipulation extending the motion to dismiss briefing schedule and Plaintiff's deadline to amend the complaint.  The Parties state as follows in support:

1. Plaintiff filed his Complaint against Defendants on February 23, 2026, in the Superior Court of California for the County of San Francisco.  *See* ECF No. 1.  Defendant removed Plaintiff's complaint to the instant Court on March 30, 2026.  *See id*.

2. Defendant filed its motion to dismiss Plaintiff's Complaint on April 6, 2026.  *See* ECF No. 9.

3. Pursuant to default deadlines, Plaintiff's opposition to Defendant's motion to dismiss is currently due April 20, 2026, and his deadline to amend the Complaint is April 27, 2026.

4. The Parties have stipulated to a modest 9-day extension of Plaintiff's deadline to oppose Defendant's motion to dismiss, a corresponding extension of Defendant's deadline to file a reply in support of their motion to dismiss, and a 2-day extension of Plaintiff's deadline to amend the complaint.

5. There have been no prior requests for an extension of the motion to dismiss briefing schedule or Plaintiff's amendment deadline.

6. The Parties thus agree and stipulate that Plaintiff will have up to and including April 29, 2026, to file an opposition to Defendant's motion to dismiss or amend the complaint.

7. The Parties further agree that, if Plaintiff files an opposition to Defendant's motion to dismiss on or before April 29, 2026, Defendant will have up to and including March 13, 2026, to file a reply in support of their motion to dismiss.

8. Unless mooted by amendment, the hearing on Defendant's motion to dismiss will remain May 20, 2026, as noticed by Defendant in its motion.  *See* ECF No. 9.

**IT IS SO STIPULATED.**

Dated:  April 10, 2026                   **BURSOR & FISHER, P.A**.

                                          By: */s/ Philip L. Fraietta*

                                          Philip L. Fraietta (State Bar No. 354768)
                                          Julia K. Venditti (State Bar No. 332688)
                                          50 Main Street, Suite 475
                                          White Plains, NY 10606
                                          Telephone: (914) 874-0708
                                          Facsimile: (914) 206-3656
                                          Email: pfraietta@bursor.com
                                                   jvenditti@bursor.com

                                          *Attorneys for Plaintiff and the Putative Class*


Dated:  April 10, 2026                   **CROWELL & MORING LLP**

                                          By: */s/ Jacob Canter*

                                          Jacob Canter (State Bar No. 324330)
                                          3 Embarcadero Center, 26th Floor
                                          San Francisco, CA 94111
                                          Telephone: (415) 986-2800
                                          Facsimile: (415) 986-2827
                                          Email: JCanter@crowell.com

                                          *Attorneys for Defendant Reimagined Parking LLC*

JOINT STIPULATION FOR EXTENSION OF TIME                                    2
CASE NO. 3:26-CV-02760-WHO

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By: /s/ Philip L. Fraietta
Philip L. Fraietta

## DECLARATION OF PHILIP L. FRAIETTA

I, Philip L. Fraietta, declare as follows:

1.     I am admitted to practice before this Court.  I am a partner at the law firm of Bursor & Fisher, P.A., and counsel of record for Plaintiffs in this action.  I submit this declaration pursuant to Civil L.R. 6-2(a) in support of the Parties' Stipulation Extending the Motion to Dismiss Briefing Schedule and Plaintiff's Deadline to Amend the Complaint.  The matters stated in this declaration are within my personal knowledge.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2.     To accommodate scheduling conflicts affecting Plaintiff's counsel in regard to Plaintiff's current deadline to oppose Defendants' motion to dismiss, and to bring the deadline to oppose the motion to dismiss into unison with Plaintiff's deadline to amend the complaint, Plaintiffs' counsel conferred with Defendants' counsel regarding an extension of the current motion to dismiss briefing schedule and Plaintiff's amendment deadline.  The Parties were able to agree on a proposed extended schedule, which is submitted within this stipulation and proposed order filing.

3.     There have been no prior scheduling modifications, by stipulation or Court Order, in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on April 13, 2026 in Tarrytown, New York.

/s/ Philip L. Fraietta
Philip L. Fraietta

# [~~PROPOSED~~] ORDER AS AMENDED

The Court, having considered the Parties' Stipulation further extending the Litigation Schedule, and good cause appearing therefore, hereby orders as follows:

1.    Plaintiff will have up to and including April 29, 2026, to file an opposition to Defendant's motion to dismiss or amend the complaint.

2.    If Plaintiff files an opposition to Defendant's Motion to Dismiss on or before April 29, 2026, Defendant will have up to and including ~~March~~ **May** 13, 2026, to file a reply in support of its motion to dismiss.

3.    Unless mooted by amendment, the hearing on Defendant's Motion to Dismiss will ~~remain May 30, 2026~~ **be reset for hearing on May 27, 2026**.

Pursuant to the Parties' stipulation and for good cause shown, **IT IS SO ORDERED.**



Dated: April 13, 2026

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE