**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Julia K. Venditti (State Bar No. 332688)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com
        jvenditti@bursor.com

*Attorneys for Plaintiff and the Putative Class*

**CROWELL & MORING LLP**
Jacob Canter (State Bar No. 324330)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: JCanter@crowell.com

*Attorneys for Defendant Reimagined Parking LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCGINITY, individually and on behalf of all other persons similarly situated,<br><br>                                    Plaintiff,<br><br>          v.<br><br>REIMAGINED PARKING LLC, d/b/a IMPERIAL PARKING (U.S.), LLC, a.k.a IMPARK, and DOES 1 through 100, inclusive,<br><br>                                    Defendants. | Case No. 3:26-cv-02760-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. William H. Orrick |

JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 3:26-CV-02760-WHO

**STIPULATION**

Plaintiff Sean McGinity ("Plaintiff") and Defendant Reimagined Parking LLC, d/b/a Imperial Parking (U.S.), LLC ("Impark") (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby respectfully submit this Stipulation setting the following briefing schedule for Defendant's Motion to Dismiss the First Amended Complaint in this action.  The Parties state as follows in support:

1.    Plaintiff filed his First Amended Complaint ("FAC") against Defendant on April 23, 2026.  *See* ECF No. 12.

2.    Defendant filed its motion to dismiss Plaintiff's FAC on May 21, 2026.  *See* ECF No. 17.

3.    Pursuant to default deadlines, Plaintiff's opposition to Defendant's motion to dismiss is currently due June 4, 2026.

4.    Pursuant to default deadlines, Defendant's reply in support of Defendant's motion to dismiss is currently due June 11, 2026.

5.    The hearing on Defendant's motion is currently set for July 8, 2026 at 2:00 PM.

6.    The Parties previously stipulated to a modest 9-day extension of Plaintiff's deadline to oppose Defendant's prior motion to dismiss, a corresponding extension of Defendant's deadline to file a reply in support of their motion to dismiss, and a 2-day extension of Plaintiff's deadline to amend the complaint.  *See* ECF No. 10.  The Parties also previously stipulated to a modest 14-day extension of Defendant's deadline to file its motion to dismiss the FAC.  *See* ECF No. 14.  There have been no other prior scheduling modifications, by stipulation or Court Order, in this case.

7.    The Parties thus agree and stipulate that Plaintiff will have up to and including June 22, 2026, to file an opposition to Defendant's motion to dismiss the FAC.

8.    The Parties further agree that Defendant will have up to and including July 6, 2026 to file a reply in support of their motion to dismiss.

9.    The Parties further agree that the hearing date be moved to August 5, 2026 at 2:00 PM or at a date convenient for the Court.

**IT IS SO STIPULATED.**


Dated:  May 29, 2026                              **BURSOR & FISHER, P.A**.

                                                  By: */s/ Philip L. Fraietta*

                                                  Philip L. Fraietta (State Bar No. 354768)
                                                  Julia K. Venditti (State Bar No. 332688)
                                                  50 Main Street, Suite 475
                                                  White Plains, NY 10606
                                                  Telephone: (914) 874-0708
                                                  Facsimile: (914) 206-3656
                                                  Email: pfraietta@bursor.com
                                                         jvenditti@bursor.com

                                                  *Attorneys for Plaintiff and the Putative Class*


Dated:  May 29, 2026                              **CROWELL & MORING LLP**

                                                  By: */s/ Jacob Canter*

                                                  Jacob Canter (State Bar No. 324330)
                                                  3 Embarcadero Center, 26th Floor
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 986-2800
                                                  Facsimile: (415) 986-2827
                                                  Email: JCanter@crowell.com

                                                  *Attorneys for Defendant Reimagined Parking LLC*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:  */s/ Philip L. Fraietta*
Philip L. Fraietta

**DECLARATION OF PHILIP L. FRAIETTA**

I, Philip L. Fraietta, declare as follows:

1.      I am admitted to practice before this Court.  I am a partner at the law firm of Bursor & Fisher, P.A., and counsel of record for Plaintiffs in this action.  I submit this declaration pursuant to Civil L.R. 6-2(a) in support of the Parties' Stipulation Setting Briefing Schedule for Motion to Dismiss First Amended Complaint.  The matters stated in this declaration are within my personal knowledge.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2.      To accommodate scheduling conflicts affecting Plaintiff's counsel in regard to Plaintiff's current deadline to oppose Defendants' motion to dismiss the FAC, Plaintiff's counsel conferred with Defendants' counsel regarding an extension of the current motion to dismiss briefing schedule and Plaintiff's amendment deadline.  The Parties were able to agree on a proposed extended schedule, which is submitted within this stipulation and proposed order filing.

3.      The Parties previously stipulated to a modest 9-day extension of Plaintiff's deadline to oppose Defendant's prior motion to dismiss, a corresponding extension of Defendant's deadline to file a reply in support of their motion to dismiss, and a 2-day extension of Plaintiff's deadline to amend the complaint.  *See* ECF No. 10.  The Parties also previously stipulated to a modest 14-day extension of Defendant's deadline to file its motion to dismiss the FAC.  *See* ECF No. 14.  There have been no other prior scheduling modifications, by stipulation or Court Order, in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 31, 2026 in White Plains, New York.

*/s/ Philip L. Fraietta*
Philip L. Fraietta

### [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation further setting the following briefing schedule for Defendant's Motion to Dismiss the First Amended Complaint, and good cause appearing therefore, hereby orders as follows:

1.   Plaintiff will have up to and including June 22, 2026, to file an opposition to Defendant's motion to dismiss the FAC.

2.   Defendant will have up to and including July 6, 2026, to file a reply in support of its motion to dismiss the FAC.

3.   The hearing on Defendant's Motion to Dismiss will be continued to August 5, 2026, at 2:00 PM.

Pursuant to the Parties' stipulation and for good cause shown, **IT IS SO ORDERED.**



Dated: _June 1, 2026___        _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE