**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** August 5, 2026 | **Time:** 14 minutes<br>2:51 p.m. to 3:05 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 26-cv-02760-WHO | **Case Name:** McGinity v. Reimagined Parking LLC, d/b/a Imperial Parking | |

**Attorneys for Plaintiff:** Julia K. Venditti and Philip L. Fraietta
**Attorney for Defendant:** Jacob S. Canter

**Deputy Clerk:** Jean Davis **Court Reporter:** Kendra Steppler

**PROCEEDINGS and MINUTE ORDER**

Hearing on Motion to Dismiss conducted via videoconference.

The motion to dismiss is DENIED. The Court follows the analysis of *Bartholomew v. Parking Concepts, Inc*., 118 Cal. App. 5th 438 (2026), *as modified on denial of reh'g* (Feb. 27, 2026), *review denied* (May 13, 2026) and guidance of *In Mata v. Digital Recognition Network, Inc*., No. D084781, 2026 WL 2085579, at *3 (Cal. Ct. App. July 20, 2026) and finds that McGinity has adequately alleged actionable harm to his “right to know” about the use of ALPRs in the two garages at issue. The Court is persuaded that the California Supreme Court will, when faced with the question, conclude that violation of a consumer’s right to know is an actionable harm under the statute.

McGinity has plausibly alleged that defendant is an operator of an ALPR system, or in the alternative an end-user of ALPR data. Absent persuasive or binding precedent on these questions, resolution of whether defendant is one or both is better determined on an evidentiary record. The Court will not take judicial notice under the doctrine of incorporation of disputed facts from the government audits ON WHICH defendant relies. The role of defendant with respect to the operation of the garages and the ALPR systems, as well as the role of SKIDATA, should be determined on an evidentiary record.

The discovery rule has been plausibly invoked by McGinity. Defendant may reassert the statute of limitations defense at summary judgment or trial based on McGinity’s testimony and evidence about the obviousness of the ALPR systems.

IT IS SO ORDERED.

William H. Orrick
Senior United States District Judge